**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 605 MAL 2017

                         : 

            Respondent    :    Petition for Allowance of Appeal from

                         :    the Order of the Superior Court

                         : 

            v.                 : 

                         : 

                         : 

DAVID SCOTT DITTBRENNER,       : 

                         : 

            Petitioner      : 

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.